UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ROBERT PAGET<br><br>  Plaintiff/Relator,<br><br>-v-<br><br>KIMBALL OFFICE, INC.<br><br>and<br><br>KIMBALL INTERNATIONAL, INC.<br><br>  Defendants. | Case No. 1:17-cv-00190-RCL<br><br>**FILED UNDER SEAL** |

### RELATOR'S NOTICE OF PROPOSED VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and the False Claims Act, 31 U.S.C. § 3730(b)(1), Relator Robert Paget proposes to voluntarily dismiss this matter without prejudice as to himself and without prejudice as to the United States of America. Relator understands that the United States intends to consent to this proposed dismissal by filing a Notice and Proposed Order hereafter.

Dated:  May 22, 2017

Respectfully submitted,

*/s/ Joel D. Hesch*
Joel D. Hesch
The Hesch Firm, LLC
3540 Ridgecroft Dr.
Lynchburg, Virginia 24503
Phone: (434) 592-4251



_/s/ Gregory M. Utter_
Gregory M. Utter
Joseph M. Callow, Jr.
Keating Muething & Klekamp PLL
One East Fourth Street, Suite 1400
Cincinnati, Ohio 45202
Phone: (513) 579-6400
Fax: (513) 579-6457
gmutter@kmklaw.com
jcallow@kmklaw.com

***Attorneys for Relator, Robert Paget***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of May, 2017, a copy of the foregoing Relator's Notice of Proposed Voluntary Dismissal was served upon the following counsel via electronic mail:

Brian Hudak
Assistant United States Attorney
Office of the United States Attorney
555 4th Street, NW
Washington, D.C. 20530

_/s/ Gregory M. Utter_
Gregory M. Utter