UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ROBERT PAGET, <br><br> Plaintiff, <br><br> v. <br><br> KIMBALL OFFICE, INC., *et al.*, <br><br> Defendants. | Civil Action No. 17-0190 (RCL) <br><br> <u>FILED UNDER SEAL</u> |

## [~~PROPOSED~~] ORDER

UPON CONSIDERATION of Relator's notice of proposed voluntary dismissal and the United States' notice of consent thereto, and the entire record herein, it is hereby:

ORDERED that the contents of the Court's file in this action shall remain under seal and not be made public, except for: (i) this Order, (ii) Relator's Complaint, (iii) Relator's notice of proposed voluntary dismissal; and (iv) the United States' notice of consent to dismissal and the accompanying proposed order;

ORDERED that the seal be lifted as to all other matters occurring in this action on and after the date of this Order;

ORDERED that this action is hereby DISMISSED WITHOUT PREJUDICE; and it is further

ORDERED that the Clerk of the Court shall mark this case as CLOSED.

SO ORDERED:

_6/5/17_
Date

_Royce C. Lamberth_
ROYCE C. LAMBERTH
United States District Judge